```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 40301
    MEKEDA BROOKS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

              Debtor
    SSN XXX-XX-3477

---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      The case was filed on 10/29/2004 and was confirmed 12/13/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 07/13/2007.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------------
FAIRLANE CREDIT LLC        SECURED NOT I       .00            .00            .00
FAIRLANE CREDIT LLC        NOTICE ONLY    NOT FILED           .00            .00
AT&T                       UNSECURED      NOT FILED           .00            .00
AUTO CAPITAL ENTERPRISES   NOTICE ONLY    NOT FILED           .00            .00
ENTERPRISE RENT A CAR      UNSECURED      NOT FILED           .00            .00
FIRST CONSUMERS NATIONAL   UNSECURED        1034.05           .00        1034.05
FIRST PREMIER BANK         UNSECURED      NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED          10.67           .00          10.67
CFC FINANCIAL CORPORATIO   UNSECURED         141.10           .00         141.10
SBC/AMERITECH              NOTICE ONLY    NOT FILED           .00            .00
SBC AMERITECH              NOTICE ONLY    NOT FILED           .00            .00
T-MOBILE BANKRUPTCY        UNSECURED         228.66           .00         228.66
T MOBILE                   NOTICE ONLY    NOT FILED           .00            .00
T MOBILE                   NOTICE ONLY    NOT FILED           .00            .00
T MOBILE                   NOTICE ONLY    NOT FILED           .00            .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY      2,144.00                     2,144.00
TOM VAUGHN                 TRUSTEE                                         176.62
DEBTOR REFUND              REFUND                                           62.61

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                    RECEIPTS                   DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE             3,797.71

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                         1,414.48
ADMINISTRATIVE                                    2,144.00
TRUSTEE COMPENSATION                                176.62
DEBTOR REFUND                                        62.61
                    ---------------          ---------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 40301 MEKEDA BROOKS
```

```
TOTALS                              3,797.71              3,797.71
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 10/25/07                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```